IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA SCOTT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 17-0143-CG-N |
| ) | |
| CITY OF MOBILE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of the relevant pleadings and the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendant, City of Mobile's Motion to Dismiss Count IV of Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6) (Doc. 15) is **GRANTED** with regard to Plaintiff's claim against the City of Mobile pursuant to Alabama common law and the Alabama Constitution and **DENIED** as to Plaintiff's claim pursuant to 42 U.S.C § 1983.

It is further **ORDERED** that Defendant, Sam Cochran's Motion to Dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) (Docs. 16) is **GRANTED** as to Counts X and Count XI against Cochran in his official capacity; **GRANTED** as to all state claims asserted in

Counts VI, VII, IX, X, and XI against Cochran in his official and individual capacity; **DENIED** as to Counts X and Count XI against Cochran in his individual capacity; and **GRANTED** as to Count XII.

Plaintiff is **ORDERED** to file an Amended Complaint as to Count IV pursuant to 42 U.S.C § 1983 against the City of Mobile and Counts X and Count XI against Cochran in his individual capacity as set forth in the Report and Recommendation by **not later than August 11, 2017.**

**DONE and ORDERED** this 28th day of July, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE